AO 246 (Rev. 01/14- Fresno)  Probation Order Under 18 U.S.C. § 3607

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No. 6:16-po-00008-JDP |
| SEPH SEIMEARS | ) |
| | ) |
| *Defendant* | ) |

**PROBATION ORDER PURSUANT TO A DEFERRED JUDGMENT AGREEMENT BETWEEN THE PARTIES**

The defendant having been found guilty of an offense under 36 CFR 2.35(b)(2), and pursuant to an agreement between the Government and the Defendant,

**IT IS ORDERED:** The defendant is placed on probation as provided in the agreement between the parties for a period of <u>12 months</u>, expiring on <u>5/2/2019</u>, without a judgment of conviction first being entered.  The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:
1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

Date:    05/03/2018                                         /s/ Jeremy D. Peterson

**JEREMY D. PETERSON**
*United States Magistrate Judge*

**Conditions of Probation**

While on probation, you must also:

1. The Defendant shall pay a fine of $470.00 and a processing fee $30.00 for a total financial obligation of $500.00, which shall be paid at the rate of $50.00, per month, the first installment is due 6/1/2018 and due every 1st of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CENTRAL VIOLATIONS BUREAU
   PO BOX 71363
   Philadelphia, PA 19176-1363
   1-800-827-2982

2. The Defendant is ordered to personally appear for a Probation Review Hearing on 4/2/2019 at 10:00 am before U.S. Magistrate Judge Jermey D. Peterson.

   **OTHER**

3. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within fourteen days of being cited or arrested for any alleged violation of law.