Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEPH CALEB SEIMEARS,<br><br>Defendant. | Docket Number: 6:16-PO-0008-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for April 2, 2019. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on May 2, 2018.

.

Dated: March 26, 2019                 NATIONAL PARK SERVICE

                                                     _____
                                                     Susan St. Vincent
                                                     Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for April 2, 2019 in the above referenced matter, *United States v. Seimears, 6:16-PO-0008-JDP*, be vacated.

IT IS SO ORDERED.

Dated: March 26, 2019

UNITED STATES MAGISTRATE JUDGE